# Notice Recipients

District/Off: 0314–5   User: DDunbar   Date Created: 10/29/2019
Case: 5:19–bk–04294–RNO   Form ID: ordsmiss   Total: 5

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   ustpregion03.ha.ecf@usdoj.gov
tr   Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Kim R. Cangiano   889 North Street   Freeland, PA 18224
cr   PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
5255707   Synchrony Bank   c/o PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541

TOTAL: 3